Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

Southern District of Miss.ss.pp.

Southern Division

|  |  |
|---|---|
| Torey Smith miller | Case No. 3:20cv516 CWR·LRA |
| _Plaintiff(s)_ | _(to be filled in by the Clerk's Office)_ |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: _(check one)_  ☑Yes  ☐No |
| -v- Mrs Erica B. Krystals Company Etc Al mr Robert | |
| _Defendant(s)_ | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | SOUTHERN DISTRICT OF MISSISSIPPI  FILED  AUG 07 2020  ARTHUR JOHNSTON  BY _____ DEPUTY |

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.  The Parties to This Complaint

### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name  Torsy Smith miller

Address  3527 Ridger Ridgecrst Dr

Jxn   ms   39212
City   State   Zip Code

County  Hinds

Telephone Number  601-594-1764

E-Mail Address  foustamolaA@gmAl.com

### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

**Defendant No. 1**

Name  mrs Erica A.

Job or Title *(if known)*  General mAnger

Address  1257 W. Government St

DrAndon   ms   39042
City   State   Zip Code

County  Rankin

Telephone Number  601-825-5011

E-Mail Address *(if known)*

☑ Individual capacity     ☑ Official capacity

**Defendant No. 2**

Name  mr. Robert

Job or Title *(if known)*  District mAnger

Address  1257 W. Government St

DrAndon   ms   39042
City   State   Zip Code

County  RAnkin

Telephone Number  601-825-5011

E-Mail Address *(if known)*

☑ Individual capacity     ☑ Official capacity

Defendant No. 3

Name     BrsHAlS CompAny

Job or Title *(if known)*     Corporate

Address     1257 W bouerament St

    Brandon     mS     39047

       *City*        *State*        *Zip Code*

County     BAnkin

Telephone Number     601-825-5011

E-Mail Address *(if known)*

☒ Individual capacity    ☒ Official capacity

Defendant No. 4

Name _____

Job or Title *(if known)* _____

Address _____

_____

       *City*        *State*        *Zip Code*

County _____

Telephone Number _____

E-Mail Address *(if known)* _____

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

    ☒ Federal officials (a *Bivens* claim)

    ☐ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    discrimination, Retaltion, Etc Al USC 42. 1983 All That Couns

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I Reported Issues To Krystals Company Related To Some Issues within the Loction I worked for Located within Brandon ms After The "Events Reported" mrs Erica Had Begin To Reduce my hours she was makin outburst towards me futhermore The District Manger mr Robert has made Threats To me that IF I keep calling Corporte I would Be Fired

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

Krystals In Brandon ms

B.   What date and approximate time did the events giving rise to your claim(s) occur?

started month of June, July, Aug -20

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was cut Hours I was sent Home By Erica & At Later Transfred To A diffrent Krystals As The new store Gm stated To me that I'm sorry you wont thourgh what you Did In Brandon But we wont discrimnate Because of what you Are mr Robert said you & mrs Erica was Havin Problem's Because of your Gender

There were A Health officer visted the store By the state of ms Erica Had Begin to make direct And Indirect statments That I'm gone get Torey I Then Reported Conerns To Humon Resouce I WAS Reachout to so nothing NAS Done But A call Back from District MANger mr. Robert statin to me that Torey would you like to tranfre Because Erica Is Having Issues with "your sexuitly" so It's Best you Be moved to A Location I're Being Harrsed And PlACe within A Hostile work PlACe After Human Rescourse WAS Advised of Possbile HarrAsment Conerns

Torey Smith Miller
8-7-20

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Emotional distress, slanderialy, pain suffering, Etc.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would Ask the court to Have Erica D. Fired

montory damages, 50.000
Puntive damages,
General damages,
Compensatory damages.

Torey Smith miller
08-07-20

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _8-7-20_

Signature of Plaintiff  _Torey Smith Miller_

Printed Name of Plaintiff  _Torey Smith Miller_

### B.  For Attorneys

Date of signing:  _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Address  _____

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number  _____

E-mail Address  _____