# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**SHAMEKA MILLER**                                                                                                **PLAINTIFF**

**V.**                                         **CAUSE NO. 3:20-CV-516-CWR-LGI**

**ERICA B.; ROBERT UNKNOWN; &**                                       **DEFENDANTS**
**KRYSTALS COMPANY**

## FINAL JUDGMENT

For the reasons stated in the Order issued this day by this Court, *see* Docket No. 19, this case is dismissed without prejudice.

**SO ORDERED**, this the 2nd day of August, 2021.

                                                         s/ Carlton W. Reeves
                                                         UNITED STATES DISTRICT JUDGE